# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JUSTIN MEREDITH CORLISS, | : | No. 139 MM 2015 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| DONNA ASURE, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of November, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus and the Application for a Hearing are **DENIED**.